**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. 3:23-cr-00063 |
| ) | |
| **SHAMOY FRETT,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 23, 2024, recommending that the Defendant's plea of guilty to Count One of the Superseding Information, a violation of 18 U.S.C. § 1324(a)(1)(A)(i) be accepted, and the defendant be adjudged guilty. (ECF No. 47.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 47, is **ADOPTED;** it is further

**ORDERED** that Defendant Shamoy Frett's plea of guilty as to Count One of the Superseding Information is **ACCEPTED**, and that Shamoy Frett is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 28, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **July 12, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **July 26, 2024;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **August 5, 2024;** it is further

*United States v. Frett*
Case No. 3:23-cr-00063
Order
Page **2** of **2**


*United States v. Frett*
Case No. 3:23-cr-00063
Order
Page **2** of **2**

      **ORDERED** that a sentencing hearing shall be held on **August 15, 2024, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** May 10, 2024                    */s/ Robert A. Molloy*
                                                    **ROBERT A. MOLLOY**
                                                    **Chief Judge**